UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

CHRISTOPHER NATHAN PARIS,  :   NO. 1:10-CV-00143
                          :
    Plaintiff,             :
                          :
    v.                     :   **OPINION AND ORDER**
                          :
REGENT ASSET MANAGEMENT    :
SOLUTIONS, INC.,           :
                          :
    Defendant.             :

This matter is before the Court on Plaintiff's Motion for Default Judgment (doc. 8), to which Defendant filed no response.

Plaintiff filed his one-count Complaint on March 1, 2010, alleging Defendant violated the Fair Debt Collection Practices Act, ("FDCPA") 15 U.S.C. § 1692 et seq., in its actions taken with regard to Plaintiff (doc. 1). Although served with a summons, Defendant filed no answer, and no Counsel has entered an appearance on behalf of Defendant. On May 5, 2010, the Clerk entered an entry of default as to Defendant (doc. 5).

In the instant motion, Plaintiff seeks $4,053.50, itemized as: $1,000.00 in statutory damages pursuant to the FDCPA, 15 U.S.C. 1692k(a)(2)(A); $2,128.50 in attorney's fees; $425.00 in filing and service fees; and $500.00 in anticipated collection costs pursuant to 15 U.S.C. § 1692(k)(a)(3) (doc. 8). Plaintiff contends his request is reasonable, and that as the FDCPA has fee-shifting provisions, he is properly entitled to attorneys' fees

(Id.). Plaintiff attached declarations of his attorneys to his motion as well as other evidence, including the 2007 Consumer Law Attorney Fee Survey, showing that the fees he is requesting are appropriate (Id.).

Having reviewed this matter, the Court concludes that Defendant has completely failed to respond or defend this lawsuit. Inasmuch as the Clerk has entered an entry of default, the posture of this case is such that the Court can properly enter judgment against Defendant. Fed. R. Civ. P. 55(b)(2). The actions of Defendant show it is ignoring Plaintiff's Complaint, it is in default, it is not defending this action, and that entry of default judgment is appropriate. Id.

Accordingly, the Court GRANTS Plaintiff's Motion for Default Judgment (doc. 8), ENTERS Default Judgment against Defendant, and AWARDS Plaintiff $4,053.50. The Clerk is directed to serve copies of this Order to the Defendant at its address, listed on the Complaint.

SO ORDERED.

Dated: October 5, 2010        s/S. Arthur Spiegel
                              S. Arthur Spiegel
                              United States Senior District Judge